James H. Doty. No opinion. Interlocutory judgment affirmed, with costs.

COOL, Appellant, v. TERHUNE, Respondent. (Supreme Court, General Term, Third Department. December 3, 1895.) Action by Charles W. Cool against Francis D. Terhune. No opinion. Judgment affirmed, with costs.

CORSE et al. v. CHAPMAN et al. (Supreme Court, General Term, First Department. December 18, 1895.) Action by John Corse and others, trustees, etc., against Sarah M. Chapman and others. No opinion. Motion for new trial denied, with costs.

CRAIGHILL, Respondent, v. CROSSMAN, Appellant. (Superior Court of Buffalo, General Term. July, 1895.) Action by William H. Craighill against Fredericka Crossman. No opinion. Judgment and order appealed from affirmed, with costs. WHITE, J., did not sit in this case.

CROWELL, Respondent, v. CROWELL, Appellant. (Supreme Court, General Term, Second Department. December 2, 1895.) Action by Charles B. Crowell against Lidie S. Crowell for divorce. From an order placing the cause on the circuit court calendar for the month of June, 1895, to be heard in Queens county, defendant appeals. D. C. Calvin, for appellant. McKoon & Luckey, for respondent. PRATT, J. The stipulation obviously contemplated a speedy trial, which had, however, been evaded, and defendant showed no eagerness to bring it on. Under the circumstances, the plaintiff had a right to regard the stipulation as abandoned, and move the trial. The proper county was Queens, and, when defendant objected to Kings county, the special term judge properly ordered it to be tried there. Order affirmed, with $10 costs and disbursements.

DE FREITAS, Respondent, v. GREENHOW, Appellant. (Supreme Court, General Term, Fifth Department. December 28, 1895.) Action by Joao Francisco De Freitas against William H. Greenhow. No opinion. Judgment affirmed.

DEL SEJNORE, Respondent, v. HALLINAN et al., Appellants. (Supreme Court, General Term, Third Department. December 3, 1895.) Action by Concezio Del Sejnore, administrator, against James A. Hallinan and others. No opinion. Judgment affirmed, with costs.

In re DISBARMENT OF ATTORNEY. (Supreme Court, General Term, First Department. December 18, 1895.) An application for the removal and disbarment of an attorney. No opinion. The attorney suspended for six months.

DONNELLY v. PANCOAST. (Supreme Court, Appellate Division, First Department. January 24, 1896.) Action by James R. Donnelly against Archer V. Pancoast. No opinion. Motion granted, with $10 costs.

DUETHER et al., Respondents, v. THOMAS, Appellant. (Superior Court of Buffalo, General Term. December 23, 1895.) Action by George A. Duether and another against William J. Thomas. No opinion. Judgment affirmed, with costs.

DUSSELDORF, Respondent, v. WARREN, Appellant. (Common Pleas of New York City and County, Additional General Term. December 16, 1895.) Action by John E. Dusseldorf against Charles J. Warren. R. R. Perry, for appellant. Coleman J. Donohue, for respondent. No opinion. Judgment affirmed, with costs.

EARL, Respondent, v. BEEMAN et al., Appellants. (Supreme Court, Appellate Division, Third Department. January 20, 1896.) Action by Artemus H. Earl against Helen L. Beeman and Nathan Beeman. No opinion. Order affirmed, with $10 costs and disbursements.

EARL, Appellant, v. BEEMAN et al., Respondents. (Supreme Court, Appellate Division, Third Department. January 20, 1896.) Action by Artemus H. Earl against Helen L. Beeman and Nathan Beeman. No opinion. Order affirmed, with $10 costs and disbursements.

EATON, Appellant, v. PHILO, Respondent. (Supreme Court, General Term, Third Department. December 3, 1895.) Action by Walter J. Eaton against Edgar W. Philo. No opinion. Judgment affirmed, with costs.

EDWARDS, Appellant, v. NIAGARA FIRE INS. CO., Respondent. (Supreme Court, General Term, Third Department. December 3, 1895.) Action by John Edwards against the Niagara Fire Insurance Company. No opinion. Judgment affirmed, with costs.

ELKAU et al., Appellants, v. HITCHCOCK et al., Respondents. (Superior Court of Buffalo, General Term. July, 1895.) Action by Nathan Elkau and others against Charles R. Hitchcock and others. No opinion. Judgment of the municipal court set aside, with $10 costs and disbursements, and new trial ordered in the municipal court August 19, 1895, at 10 o'clock a. m. WHITE, J., dissents.

ELTING, Respondent, v. HOMER, Appellant. (Supreme Court, General Term, Third Department. December 3, 1895.) Action by Richard Elting against Annie E. Homer. No opinion. Order affirmed, with costs and disbursements.

EVERS et al. v. LONG ISLAND CITY. (Supreme Court, General Term, Second Department. December 2, 1895.) Action by Patrick Evers and Rose Evers against Long Island City. No opinion. Judgment affirmed, with costs. All concur.

FALL BROOK COAL CO., Appellant, v. HEWSON, Respondent. (Supreme Court, Gen-